IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **JOHN G. CARPENTER, JR.** | * |
| **Plaintiff,** | * |
| v. | *   Civil Action No. 1:17-cv-00176 |
| **UNITED STATES OF AMERICA,** | * |
| **Defendant.** | * |

### ORDER

Upon consideration of the Motion to Establish Time Frames for Filing of Defenses and Objections Pursuant to Rule 12 and for good cause shown therein, it is hereby

**ORDERED** that the answer or other responsive pleadings of the United States of America be filed sixty (60) days following the filing of the Notice of Removal, or up to and including December 18, 2017.

DATED: __December 18, 2017__

_Irene M. Keeley_
_____
UNITED STATES DISTRICT JUDGE